# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Michael Snelten | § | Case No. 11-43134 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, July 17, 2013 in courtroom 744 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Deborah M. Gutfeld
                                              Chapter 7 Trustee


DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Michael Snelten § Case No. 11-43134
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 140,000.00 |
| and approved disbursements of | $ | 757.11 |
| leaving a balance on hand of[1] | $ | 139,242.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 6,736.28 | $ 0.00 | $ 6,736.28 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 4,866.56 | $ 0.00 | $ 4,866.56 |

Total to be paid for chapter 7 administrative expenses    $    11,602.84
Remaining Balance    $    127,640.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,254.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citifinancial, Inc | $ 7,254.79 | $ 0.00 | $ 7,254.79 |
| 2 | Julie Frase | $ 50,000.00 | $ 0.00 | $ 50,000.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 57,254.79 |
| | Remaining Balance | | $ | 70,385.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 110.87 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 70,274.39 .

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                    Case No. 11-43134-ERW
Michael Snelten                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: esullivan            Page 1 of 2              Date Rcvd: Jun 17, 2013
                             Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2013.
db           +Michael Snelten,    207 W. Glade,    Palatine, IL 60067-6829
17963317      BlueCross BlueShield,    300 East Randolph,    Chicago, IL 60601-5099
17963318      Central Mortgage Company,    202 W. Good Springs,    Lowell, AR 72745
18774947      CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
17963319     +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
17963320     +Dream Investments,    c/o Edward Dowd,    930 Mallard Court,    Palatine, IL 60067-7013
17963323     +Julie Frase,    Law Offices Of James M Kelly P.C.,    119 N Northwest Highway,
               Palatine, IL 60067-5324
17963324    #+Kimberly E. Corrado,    207 W. Glade,    Palatine, IL 60067-6829
17963326     +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
17963329      Partners in Primary Care,    921 N. Plum Grove Road,    Schaumburg, IL 60173-4761
17963330     +Verizon Wireless/Great,    1515 Woodfield Rd.,    Ste 140,    Schaumburg, IL 60173-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17963314     +E-mail/PDF: recoverybankruptcy@afninet.com Jun 18 2013 02:30:40      AFNI,    P.O. Box 3097,
               Bloomington, IL 61702-3097
17963315     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 18 2013 02:22:31      Armor Systems Co,
               1700 Kiefer Drive,    Suite 1,    Zion, IL 60099-5105
17963321     +E-mail/Text: bknotice@erccollections.com Jun 18 2013 02:25:51      Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17963322     +E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2013 02:23:18      GMAC,    15303 S. 94th Ave.,
               Orland Park, IL 60462-3825
17963325     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 18 2013 02:21:05      Kohls/CapOne,
               N56 W 17000 Ridgewood Drive,     Menomonee Falls, WI 53051-7096
17963327      E-mail/Text: bankruptcydepartment@ncogroup.com Jun 18 2013 02:26:15      NCO-MEDCLR,
               P.O. Box 8547,    Philadelphia, PA 19101
17963328     +E-mail/Text: clientservices@northwestcollectors.com Jun 18 2013 02:24:19      Northwest Collectors,
               3601 Algonquin Rd,    Suite 23,    Rolling Meadows, IL 60008-3143
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18774949*     CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
17963316    ##+Beneficial/HFC,    P.O. Box 3425,    Buffalo, NY 14240-3425
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2013**          **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Jun 17, 2013
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2013 at the address(es) listed below:

          Constance M Doyle    on behalf of Debtor Michael   Snelten cdoylelaw@sbcglobal.net
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Jordan   Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Jordan   Galassie    on behalf of Attorney Jordan G Galassie jgalassie@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                              TOTAL: 5