## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                  §
                        §

Michael Snelten            §     Case No. 11-43134
                        §

            Debtor(s)        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Snelten | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dream Investments c/o Edward Dowd 930 Mallard Court Palatine, IL 60067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dream Investments c/o Edward Dowd 930 Mallard Court Palatine, IL 60067 | | | | | |
| | Dream Investments c/o Edward Dowd 930 Mallard Court Palatine, IL 60067 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Perkins Coie LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI P.O. Box 3097 Bloomington, IL 61702 | | | | | |
| | Armor Systems Co 1700 Kiefer Drive Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Drive Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Drive Suite 1 Zion, IL 60099 | | | | | |
| | Beneficial/HFC P.O. Box 3425 Buffalo, NY 14240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial/HFC P.O. Box 3425 Buffalo, NY 14240 | | | | | |
| | BlueCross BlueShield 300 East Randolph Chicago, IL 60601-5099 | | | | | |
| | Central Mortgage Company 202 W. Good Springs Lowell, AR 72745 | | | | | |
| | Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | GMAC 15303 S. 94th Ave. Orland Park, IL 60462 | | | | | |
| | Julie Frase c/o John Vojta & Associates 119 N. Northwest Hwy Palatine, IL 60067 | | | | | |
| | Kohls/CapOne N56 W 17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Recovery Agency 2491 Paxton Street Harrisburg, PA 17111 | | | | | |
| | NCO-MEDCLR P.O. Box 8547 Philadelphia, PA 19101 | | | | | |
| | NCO-MEDCLR P.O. Box 8547 Philadelphia, PA 19101 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Suite 23 Rolling Meadows, IL 60008 | | | | | |
| | Partners in Primary Care 921 N. Plum Grove Road Schaumburg, IL 60173-4761 | | | | | |
| | Verizon Wireless/Great 1515 Woodfield Rd. Ste 140 Schaumburg, IL 60173 | | | | | |
| 1 | Citifinancial, Inc | | | | | |
| 2 | Julie Frase | | | | | |
| | Citifinancial, Inc | | | | | |
| | Julie Frase | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 11-43134 | ERW |
| Case Name: | Michael Snelten | |
| For Period Ending: | 12/27/2013 | |

| | |
|---|---|
| Judge: | Eugene R. Wedoff |

| | |
|---|---|
| Trustee Name: | DEBORAH M. GUTFELD |
| Date Filed (f) or Converted (c): | 10/25/2011 (f) |
| 341(a) Meeting Date: | 12/01/2011 |
| Claims Bar Date: | 05/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single Family Condominium 235 W. Johnson Street, Unit 2B Pal | 114,600.00 | 14,600.00 | | 0.00 | FA |
| 2.  Single Family Condominium 229 Johnson Street Unit 1-A Palati | 96,700.00 | 0.00 | | 0.00 | FA |
| 3.  Single Family Condominium 201 W Johnson Street, Unit 2-A Pal | 96,700.00 | 0.00 | | 0.00 | FA |
| 4.  In Debtor's Possession | 300.00 | 300.00 | | 0.00 | FA |
| 5.  Bed, Dresser Location: 207 W. Glade, Palatine Il 60067 | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Casual Clothes, Dress Clothes, Shoes, Jackets Location: 207 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7.  Medical Malpractice Structured Settlement Payment Contract N | 354,000.00 | 0.00 | | 140,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $664,300.00          $14,900.00                    $140,000.00          $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR approved July 17, 2013.  Case to be closed after clearance of disbursement checks.

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 12/31/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-43134
Case Name: Michael Snelten

Taxpayer ID No: XX-XXX6026
For Period Ending: 12/27/2013

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6292
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/13 | 7 | J.G. Wentworth Originations, LLC CDA Account | Settlement of structured settlement payments | 1229-000 | $140,000.00 | | $140,000.00 |
| 02/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.10 | $139,838.90 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.78 | $139,651.12 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $207.62 | $139,443.50 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $200.61 | $139,242.89 |
| 07/17/13 | 101 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,736.28 | $132,506.61 |
| 07/17/13 | 102 | Perkins Coie LLP 131 S. Dearborn St., Suite 1700 Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,866.56 | $127,640.05 |
| 07/17/13 | 103 | Citifinancial, Inc P.O. Box 6042 Sioux Falls, Sd 57117-6042 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $7,268.84 | $120,371.21 |
| | | | ($14.05) | 7990-000 | | | |
| | | Citifinancial, Inc | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($7,254.79) | 7100-000 | | | |
| 07/17/13 | 104 | Julie Frase Law Offices Of James M Kelly P.C. 119 N Northwest Highway Palatine, Il 60067 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $50,096.82 | $70,274.39 |
| | | | ($96.82) | 7990-000 | | | |
| | | Julie Frase | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($50,000.00) | 7100-000 | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Page Subtotals: $140,000.00   $69,725.61

Case 11-43134   Doc 37   Filed 01/21/14   Entered 01/21/14 15:37:40   Desc Main
Document   Page 10 of 11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-43134 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Michael Snelten | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6292 |
| | Checking |
| Taxpayer ID No: XX-XXX6026 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 12/27/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/13 | 105 | Michael Snelten<br>207 W. GLADE<br>PALATINE, IL  60067 | Distribution of surplus funds to debtor. | 8200-002 | | $70,274.39 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $140,000.00 | $140,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $140,000.00 | $140,000.00 |
| Less: Payments to Debtors | $0.00 | $70,274.39 |
| Net | $140,000.00 | $69,725.61 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals:                    $0.00        $70,274.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6292 - Checking | $140,000.00 | $69,725.61 | $0.00 |
| | $140,000.00 | $69,725.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $140,000.00 |
| Total Gross Receipts: | $140,000.00 |